■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CARLOS VALVERDE, Appellant. [604 NYS2d 862] —Judgment unanimously affirmed. Memorandum: Defendant failed to preserve for review his contentions that the prosecutor improperly bolstered the identification testimony of the victim and that the prosecutor erred when he cross-examined defendant and defendant's wife concerning their failure to report the alibi information to the police. We decline to exercise our jurisdiction to review those issues in the interest of justice.

The court properly denied defendant's motion to suppress physical evidence seized pursuant to a search warrant. Defendant contends that the application for the search warrant was not supported by probable cause because defendant's statement to the police recited in the affidavit in support of the application was involuntarily given. Even if defendant's statement is excluded from the supporting affidavit, there are sufficient facts remaining to establish probable cause.

Finally, we conclude that defendant's sentence is neither harsh nor excessive. (Appeal from Judgment of Oneida County Court, Buckley, J.—Robbery, 1st Degree.) Present—Callahan, J. P., Pine, Balio, Doerr and Boomer, JJ.

■ In the Matter of WARREN R., a Person Alleged to be in Need of Supervision. [604 NYS2d 863] —Order unanimously reversed on the law without costs and matter remitted to Cattaraugus County Family Court for further proceedings on petition. Memorandum: The court committed reversible error when it accepted respondent's admissions without ascertaining through allocution of respondent that he was aware of the possible specific dispositional orders *(see,* Family Ct Act § 321.3 [1]; *Matter of Mark S.,* 144 AD2d 1010; *Matter of Tomika M.,* 136 AD2d 951). (Appeal from Order of Cattaraugus County Family Court, Nenno, J.—Person In Need of Supervision.) Present—Callahan, J. P., Pine, Balio, Doerr and Boomer, JJ.